```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ PIO S. KIM
   │ Assistant United States Attorney
 6 │ California Bar No. 156679
   │      U.S. Courthouse, 14th Floor
 7 │      312 North Spring Street
   │      Los Angeles, California 90012
 8 │      Telephone: (213)894-2589
   │      Facsimile: (213)894-7177
 9 │      E-mail: Pio.Kim@usdoj.gov

10 │ Attorneys for Plaintiff
   │ United States of America
11 │
```

FILED
CLERK U.S. DISTRICT COURT

MAY 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 05-04559-SVW (AJWx) |
| Plaintiff, | [~~proposed~~] |
| v. | CONSENT JUDGMENT |
| $35,000.00 in U.S. CURRENCY; and $9,875.70 in U.S. CURRENCY, | |
| Defendants. | |

In this action, plaintiff United States of America (the "government") alleges that the defendants $35,000.00 in U.S. Currency and $9,987.70 in U.S. Currency (the "defendants") are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). Claimant Aviles Travel Corp. (the "claimant") disputes the government's allegations.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent

judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than the claimant, and the time to file claims and answers has expired. The Court deems that all potential claimants other than the claimant admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. The defendants $35,000.00 in U.S. Currency and $9,987.70 in U.S. Currency, together with interest accrued thereon, shall be forfeited to the United States, which shall dispose of the same accordingly to law.

5. The claimant hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Immigration and Customs Enforcement and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be

```
 1  now or later asserted by or on behalf of the claimant, arising
 2  out of or related to this action or to the seizure or possession
 3  of the defendants.  The claimant represents and agrees that it
 4  has not assigned and is the rightful owner of such claims, causes
 5  of action and rights.
 6       6.  The Court finds that there was reasonable cause for the
 7  seizure of the defendants and institution of these proceedings.
 8  This judgment shall be construed as a certificate of reasonable
 9  cause pursuant to 28 U.S.C. § 2465.
10       7.  The parties shall each bear their own attorney's fees
11  and other costs and expenses of litigation.
12       DATED: May 13, 2009        _____
13                                  UNITED STATES DISTRICT JUDGE
```

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: April 27, 2009    THOMAS P. O'BRIEN
                         United States Attorney

                         _____
                         PIO S. KIM
                         Assistant United States Attorney
                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA


DATED: _____, 2009  [please see next page]
                         _____
                         MICHAEL A. BRUSH
                         Attorney for claimant
                         Aviles Travel Corp.

3

now or later asserted by or on behalf of the claimant, arising out of or related to this action or to the seizure or possession of the defendants. The claimant represents and agrees that it has not assigned and is the rightful owner of such claims, causes of action and rights.

6. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: _____, 2009

_____
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2009     THOMAS P. O'BRIEN
                                  United States Attorney

_____
PIO S. KIM
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: _4/22_, 2009

_____
MICHAEL A. BRUSH
Attorney for claimant
Aviles Travel Corp.